Calvin Bernard SUMRELL, Appellant

v.

The STATE of Texas.

No. PD–1755–09.

Court of Criminal Appeals of Texas.

Sept. 15, 2010.

James Lynn CAMPBELL, Appellant,

v.

The STATE of Texas.

No. PD–1081–09.

Court of Criminal Appeals of Texas.

Sept. 22, 2010.

Lori L. Ordiway, Dallas, for Appellant.

Patricia Poppoff Noble, Asst. D.A., Jeffrey L. Van Horn, State's Atty., Austin, for State.

PER CURIAM.

### OPINION

A jury convicted Sumrell of delivering four grams or more but less than two hundred grams of cocaine, and the judge sentenced him to twenty-five years' confinement. The Dallas Court of Appeals reversed, holding that Sumrell's constitutional right to be present during jury selection was violated and that the error was harmful.[1]

We granted the State's petition for discretionary review to determine whether the court of appeals misconstrued relevant facts as provided in the record. We have determined that our decision to grant review was improvident. Therefore, the petition is dismissed.

MEYERS, J., not participating.

---

1. *Sumrell v. State,* —— S.W.3d ——, —— (Tex. App.-Dallas 2009).